UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                        :

Annuity and Welfare Funds of the Northeast District     :
Council of the Operative Plasterers' and Cement Masons' :
International Association, et al.                        :
                                                        :
                        Plaintiffs,                     :
                                                        :
        -v-                                             :
                                                        :
Graci Paving Associates Inc.,                           :
                                                        :
                        Defendant.                      X

-------------------------------------------------------------------

25-cv-10278 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

Plaintiffs have moved for a default judgment against Defendant Graci Paving Associates Inc. The motion papers require monetary relief in connection with the default judgment. Responsive papers to the motion for default judgment shall be filed no later than April 6, 2026. Any reply papers shall be due April 10, 2026. The Court will hold a telephonic hearing on the motion for default judgment on April 13, 2026 at 4:30 p.m. The parties are instructed to call 646-453-4442 and dial conference ID 358639322. Plaintiffs are ordered to serve this Order on Defendant by March 23, 2026, and file proof of service on the docket.

The initial pretrial conference currently scheduled for March 26, 2026 is adjourned sine die.

        SO ORDERED.

Dated: March 20, 2026
        New York, New York                    _____
                                                        LEWIS J. LIMAN
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/20/2026