UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                           :

CEMENT MASONS' LOCAL 780 PENSION FUND ET  :
AL,
                                     :

                    Plaintiffs,     :

                                     :

      -v-                              :

                                     :

GRACI PAVING ASSOCIATES INC.,         :

                                     :

                    Defendant.     :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/13/2026

25-cv-10278 (LJL)

<u>ORDER</u>

LEWIS J. LIMAN, United States District Judge:

      The telephonic hearing on the motion for default judgment scheduled for today, April 13, 2026 at 4:30PM is rescheduled to April 17, 2026 at 12:00PM.  The parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322. Plaintiffs are ordered to serve this Order on Defendant.

      SO ORDERED.

Dated: April 13, 2026
      New York, New York                                 LEWIS J. LIMAN
                                            United States District Judge