**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

ANNUITY AND WELFARE FUNDS OF THE
NORTHEAST DISTRICT COUNCIL OF THE
OPERATIVE PLASTERERS' AND CEMENT
MASONS' INTERNATIONAL ASSOCIATION,
et al.,

                              Plaintiffs,

                                                              25 **CIVIL** 10278 (LJL)

              -against-                                 **DEFAULT JUDGMENT**

GRACI PAVING ASSOCIATES INC.,

                              Defendant.
------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED, AND DECREED**, That for the reasons stated

in the Court's Opinion and Order dated April 28, 2026, Plaintiffs' motion for a default judgment

is GRANTED in the amount of $38,978.17 plus additional prejudgment interest calculated on the

contributions owed from December 1, 2025 through the date of entry of judgment, April 28, 2026

in the amount of $1,774.68; accordingly, judgment is entered in favor of Plaintiffs against

Defendant Graci Paving Associates Inc. in the amount of $40,752.85.

**DATED**: New York, New York
              April 28, 2026

                                   **TAMMI M. HELLWIG**
                                   _____
                                       **Clerk of Court**

                          BY: _____
                                   **Deputy Clerk**